IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CLIFFORD SAYER, JR., <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendant. | CIVIL ACTION NO. <br> 1:25-cv-03307-TRJ-RDC |

### ORDER

On October 17, 2025, Plaintiff filed a Notice of Settlement, notifying the Court that the parties have settled this case and intend to file a stipulation of dismissal upon finalization of the settlement. (Doc. 13). Accordingly, the Clerk is respectfully **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case for docket management purposes. The parties are **ORDERED** to file a stipulation of dismissal by **December 16, 2025**. Absent an extension or further order of the Court, if there is no request to reopen this action by **December 16, 2025**, the Court may dismiss this action with prejudice. Administrative closure will not prejudice the rights of the parties in any manner. If finalization of the settlement fails, the parties may file a motion to reopen this action, request enforcement of the settlement, or vacate this order of dismissal. The Clerk is **DIRECTED** to submit this matter to the Court on **December 17, 2025**, if the parties have not filed a stipulation of dismissal.

SO ORDERED, this 20th day of October, 2025.

_____
TIFFANY R. JOHNSON
United States District Judge